PROB 12A
(Rev. 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Patrick Reilly                      Case Number: 3:13-00276-01

Name of Sentencing Judicial Officer: Honorable J. Daniel Breen, Western District of Tennessee, U.S. District Judge; transferred to Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: July 23, 2010

Original Offense: Knowingly Pass with Intent to Defraud False, Forged, and Counterfeited Obligations of the United States, 18 U.S.C. § 472

Original Sentence: 37 months' custody and 3 years' supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: July 13, 2012

Assistant U.S. Attorney: To be determined              Defense Attorney: To be determined

The Court orders:

    ☒ No Action Necessary at this Time
    ☐ Submit a Request for Modifying the Condition or Term of Supervision
    ☐ Submit a Request for Warrant or Summons
    ☐ Other

Considered this 5th day of Feb, 2014, and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Lisa L. House
U.S. Probation Officer

Place: Clarksville, TN

Date: January 31, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance.** |

Patrick Reilly tested positive for amphetamine and methamphetamine on November 19, 2013.

## Compliance with Supervision Conditions and Prior Interventions:

Patrick Reilly commenced the three-year term of supervised release on July 13, 2012. A substance abuse assessment was completed at Centerstone on March 26, 2013. It was recommended by the therapist that he participate in individual substance abuse treatment. Mr. Reilly was enrolled in treatment in accordance with the therapist's recommendation. Treatment was terminated upon the recommendation of the therapist on October 4, 2013, because Mr. Reilly appeared to be doing well. An urine screen collected on November 19, 2013, tested positive for amphetamine and methamphetamine.

He admitted his illegal drug use to the undersigned probation officer following the positive urine screen on November 19, 2013. Mr. Reilly has been verbally reprimanded for his actions. He has been enrolled in substance abuse treatment is also required to continue to submit to random urine screens.

## U.S. Probation Officer Recommendation:

The U.S. Probation Office is not requesting that any action be taken at this time. Should the defendant commit any additional violations, the Court will be notified in a separate petition with a separate recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer